# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 24, 2018**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Mata, Danielle Corine | Docket No. | 0980 4:18CR06044-002 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Danielle Corine Mata, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 25th day of September, 2018 under the following conditions:

**Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #6:** Defendant shall submit to random urinalysis and/or breathalyser testing as directed by the United States Probation/Pretrial Services Office.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington by consuming methamphetamine on or about October 4, 2018.

**Violation #2:** The defendant is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington by failing to report for random urinalysis testing at Merit Resource Services on October 15, 2018.

Conditions of release were reviewed with the Defendant on September 28, 2018. She acknowledged an understanding of her conditions, which included condition number 9 and special condition number 6. During an office visit with U.S. Pretrial Services on October 4, 2018, she was referred to Merit Resource Services for random urinalysis testing and a substance abuse assessment. She was instructed to call Merit daily, and to report into their office for testing when the color "brown" was called.

During her contact with U.S. Pretrial Services on October 4, 2018, she admitted to consuming methamphetamine on or about October 2, 2018. She signed a drug use admission form admitting to this use.

Merit Resource Services notified U.S. Pretrial Services on October 16, 2018, that Defendant did not report to their office for random urinalysis testing on October 15, 2018.

PS-8
Re: Mata,, Danielle Corine
October 24, 2018
Page 2

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  October 24, 2018

by  Daniel M. Manning

Daniel M. Manning
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

10/24/2018
Date