# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 27, 2018**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Mata, Danielle Corine | Docket No. | 0980 4:18CR06044-EFS-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Danielle Corine Mata, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 28th day of September 2018, under the following conditions:

**Condition #9**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: The defendant is alleged to have violated her conditions of pretrial release by using a controlled substance, methamphetamine, on or prior to December 18, 2018.

On September 28, 2018, the defendant signed her conditions of pretrial release acknowledging she understood she could not use unlawful controlled substances.

On December 18, 2018, the defendant reported to the pretrial services office in Richland, Washington, and provided a urine sample for testing. The initial sample tested presumptive positive for methamphetamine. The defendant denied any use of methamphetamine and the sample was forwarded to Alere for confirmation.

On December 24, 2018, the sample was confirmed positive for the presence of methamphetamine.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|   |   |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: December 27, 2018 |
| by | s/David L. McCary |
| | David L. McCary
U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*M. K. Dimke*

Signature of Judicial Officer

12/27/2018

Date