# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 04, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Mata, Danielle Corine | Docket No. | 0980 4:18CR06044-002 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Danielle Corine Mata, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 28th day of September 2018, under the following conditions:

**Condition #9:** Defendant Danielle Corine Mata must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by her probation officer, at least once per week but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Condition #2:** Defendant shall immediately advise the Court, defense counsel, and the United States Attorney in writing before any change in address.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is alleged to have violated her conditions of pretrial release by using a controlled substance, methamphetamine, on or prior to December 31, 2018.

On September 28, 2018, the defendant signed her conditions of pretrial release acknowledging she understood her conditions of release, including condition number 9 as noted above.

On December 28, 2018, the defendant was before the Court for consuming methamphetamine. Condition number 9 was modified as noted above.

On December 31, 2018, the defendant reported to U.S. Probation and submitted a urine sample for testing. The initial sample tested presumptive positive for methamphetamine. The defendant denied any use of methamphetamine and the sample was forwarded to Alere for confirmation.

On January 4, 2019, the sample was confirmed positive for the presence of methamphetamine.

**Violation #2:** The defendant is alleged to have violated her conditions of pretrial release by failing to notify the Court, defense counsel, and the United States Attorney in writing before any change in address.

On September 28, 2018, the defendant signed her conditions of pretrial release acknowledging she understood her conditions of release, including condition number 2 as noted above.

On January 2, 2019, the undersigned officer attempted to contact the defendant at her listed residence. An eviction notice was posted on the door by the Benton County Sheriff's Office, advising the tenants of the residence had been evicted effective December 19, 2018, at 10 a.m. The defendant was contacted by phone and stated she did not report she was evicted because she was embarrassed. She noted she was living in the apartment across the hall with her brother.

PRAYING THAT THE COURT WILL ORDER A WARRANT

PS-8

Re: Mata,, Danielle Corine
January 4, 2019
Page 2

                I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    January 4, 2019

by    s/Daniel M. Manning

Daniel M. Manning
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]    No Action
[x]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[x]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

1/04/2019
Date