✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Mata, Danielle Corine | Docket No. | 0980 4:18CR06044-002 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Danielle Corine Mata, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Richland, Washington, on the 28th day of March, 2019, under the following conditions:

**Condition #1a:** Defendant shall be subject to her previously imposed conditions of release (ECF Nos. 60, 178) with the following additional conditions: Defendant shall reside in Oxford Housing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is alleged to have violated her conditions of pretrial release by no longer residing at the Oxford House since July 9, 2019.

Ms. Mata's conditions of pretrial release were reviewed with her on April 1, 2019, after she released from inpatient treatment. She signed a copy of her conditions, indicating she understood her conditions of release, to include condition number 1a, as listed above.

On July 11, 2019, the undersigned officer was contacted by Merit Resource Services and advised that Ms. Mata was kicked out of the Oxford House for failing to provide a urinalysis test on July 9, 2019.

Ms. Mata reported to the United States Probation Office on July 15, 2019. She admitted that she had been discharged from the Oxford House on July 9, 2019, as she missed a mandatory house meeting and urinalysis test. She explained that she was released from the hospital on July 9, 2019, and was on bed rest so she could not make it to the meeting and UA test at the Oxford House. Ms. Mata reported she is now living at 4421 W. Nixon St. Apt. A, Pasco, Washington, 99301.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

---

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on:    July 18, 2019 |
| by | s/Daniel M. Manning |
|   | Daniel M. Manning<br>U.S. Pretrial Services Officer |

Re: Mata, Danielle Corine
July 18, 2019
Page 2

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[x]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[x]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_Edward F. Shea_
Signature of Judicial Officer

7/18/2019
Date