# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Mata, Danielle Corine | Docket No. | 0980 4:18CR06044-002 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Danielle Corine Mata, who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Edward F. Shea, sitting in the court at Richland, Washington, on the 28th day of March 2019, under the following conditions:

**Special Condition #4:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is alleged to have violated her conditions of pretrial release by being unsuccessfully discharged from substance abuse treatment at Merit Resource Services (Merit) on July 28, 2020, for non-attendance.

On October 28, 2019, pretrial release conditions were reviewed and signed by Ms. Mata acknowledging her understanding of special condition number 4, as noted above. A copy of the signed conditions was provided to her.

On July 22, 2020, an incident report was received from Merit advising the defendant missed her scheduled group treatment session that date. Merit indicated they sent a letter to the defendant to re-engage her into treatment services, but if no response was received by July 25, 2020, her file would be closed.

On July 28, 2020, Merit notified the undersigned officer that all attempts they made to contact the defendant in efforts to get her to re-engage it treatment services were unsuccessful and her file has been closed due to non-attendance. As of this date, Ms. Mata in not participating in recommended drug and alcohol treatment.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   September 10, 2020 |
| by | s/Daniel M. Manning |
| | Daniel M. Manning<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

September 10, 2020

Date