# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 16, 2021**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Mata, Danielle Corine | Docket No. | 0980 4:18CR06044-002 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Danielle Corine Mata, who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Edward F. Shea sitting in the court at Richland, Washington, on the 28th day of March 2019, under the following conditions:

**Special Condition #6:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Officer.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is alleged to have violated her conditions of pretrial release by failing to provide a urinalysis (UA) test at Merit Resource Services (Merit) on January 7, 2021.

On October 28, 2019, pretrial release conditions were reviewed and signed by Ms. Mata acknowledging her understanding of special condition number 6, as noted above. A copy of the signed conditions was provided to her.

On October 6, 2020, Ms. Mata was directed to resume calling the UA hotline daily at Merit and was assigned the color gold. She was directed to report to Merit to provide a UA when the color gold was called.

On January 8, 2021, Merit advised the undersigned officer that the color gold was called on January 7, 2021. Merit advised that Ms. Mata did not provide a UA sample for testing.

Ms. Mata left a voice mail messages to the undersigned officer on January 7, 8, and 12, 2021. Contact was made with Ms. Mata on January 13, 2021. Ms. Mata explained she had issues with her car as it appeared that someone had broken into her car and tried to steal it, damaging her car's ignition system. Ms. Mata stated a neighbor helped her out and showed her how to start her car with a screwdriver and she was able to go to Merit for testing. Once at Merit, Ms. Mata stated she provided a sample but somehow most of the sample ended up in the toilet and there was not enough urine left to test. At this point, Ms. Mata was advised that Merit staff had to leave for the day.

Merit was contacted and advised that Ms. Mata did come in and provide a urine sample but ended up spilling most of it so not enough of the sample could be tested. Merit also reported that Ms. Mata was not in their office until approximately 5 minutes before closing time.

    PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S)
    PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    January 14, 2021 |
| by | s/Daniel M. Manning |
|  | Daniel M. Manning<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*Edward F. Shea*
Signature of Judicial Officer

February 16, 2021
Date