# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Mata, Danielle Corine | Docket No. | 0980 4:18CR06044-002 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Danielle Corine Mata, who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Edward F. Shea sitting in the court at Richland, Washington, on the 28th day of March 2019, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States Government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned manner

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #6:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office

**Special Condition #7:** Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #4:** The defendant is alleged to have violated her conditions of pretrial release by failing to notify the supervising Pretrial Services Officer within one business day of having contact with law enforcement on or about November 10, 2021.

On October 28, 2019, pretrial release conditions were reviewed and signed by Ms. Mata acknowledging her understanding of standard condition number 1, as noted above. A copy of the signed conditions was provided to her.

On November 10, 2021, the Richland Police Department sent the U.S. Pretrial Services Office a case report advising of contact with the defendant at her residence. The police report indicates Richland police were dispatched to the defendant's residence for a report of a drug overdose. Upon arrival, emergency medical personnel had revived the male who overdosed. This male was identified as the defendant's husband. Upon revival, the defendant's husband refused further medical treatment. It should also be noted another adult male was contacted by the police at the defendant's residence and admitted to having a container of powder fentanyl on his person, which was tied to a draw string in his pants near his groin area.

The defendant failed to disclose this information to the undersigned officer until questioned about it on November 18, 2021.

**Violation #5:** The defendant is alleged to have violated her conditions of pretrial release by failing to attend a urine test as directed on November 10, 2021.

Re: Mata, Danielle Corine
November 19, 2021
Page 2

On October 28, 2019, pretrial release conditions were reviewed and signed by Ms. Mata acknowledging her understanding of special condition number 6, as noted above. A copy of the signed conditions was provided to her.

The defendant contacted the undersigned officer on November 8, 2021. She indicated her urinalysis (UA) hotline color was called at Merit Resource Services. The defendant requested to be excused from the UA due to having a migraine headache. As the defendant contacted the undersigned before the end of the day and had not missed any UA tests recently, she was excused from attending the UA due to illness. She was directed to report for a make-up UA test on November 10, 2021, at 10 a.m. in the Richland probation office.

On November 10, 2021, the defendant contacted the undersigned and stated she was still feeling ill with symptoms that could indicate a possible COVID infection. She was directed to get a COVID test and provide the results of the test. The defendant failed to provide results of any COVID test as well as failing to report for a urine specimen to the probation office.

**Violation #6:** The defendant is alleged to have violated her conditions of pretrial release by attempting to obstruct or tamper with the efficiency and accuracy of prohibited substances testing on November 18, 2021.

On October 28, 2019, pretrial release conditions were reviewed and signed by Ms. Mata acknowledging her understanding of special condition number 7, as noted above. A copy of the signed conditions was provided to her.

The defendant was directed to report to the U.S. Probation Office in Richland on November 18, 2021, at 3:30 p.m. to provide a urine sample for testing. Upon reporting, Supervisory U.S. Probation Officer (SUSPO) Coronado directed the defendant to provide a urine sample. She was asked about her medications and advised she was clean, off of all her medications and was doing great. The defendant was provided a urine collection hat, sat down quickly, and stated that she "went," indicating she provided a urine sample. The sample was observed to be a small amount of liquid in the collection hat that was a purplish color. When questioned, the defendant stated her underwear was damp and it must be from that. The defendant's underwear was red, and if they were damp, they were not damp to the point of dripping water. The defendant was informed this sample was not acceptable and she would have to provide another sample.

The defendant returned a few minutes later after getting some water to drink and said she was ready to provide a sample. She was given instruction by SUSPO Coronado that she was to drop her pants and underwear to her ankles, wipe away any moisture from her genital area, and then sit and provide the urine sample. She initially did not comply and only moved her pant and underwear to her thighs, then her knees, and finally after several repeated instructions to do so, to her ankles. The defendant then got a very small amount of toilet paper and made motions that she was drying herself, but only touched her front genital area and would not properly dry herself. Repeated instructions were given to the defendant to dry herself, and the defendant finally said she could not go, she was nervous and needed more water.

At this point, the defendant admitted to the undersigned that she had used methamphetamine and fentanyl. The defendant signed a drug use admission form.

**Violation #7:** The defendant is alleged to have violated her conditions of pretrial release by admitting to the use of methamphetamine and fentanyl on November 17, 2021.

On October 28, 2019, pretrial release conditions were reviewed and signed by Ms. Mata acknowledging her understanding of standard condition number 9, as noted above. A copy of the signed conditions was provided to her.

On November 18, 2021, the defendant reported to the Richland probation office and appeared to obstruct or tamper with the efficiency of providing a drug test. When confronted about the issues with providing a urine sample for testing, the defendant admitted to using methamphetamine and fentanyl on November 17, 2021, stating she had a "weak moment." She denied using any other substances and said she had not used any substances in a long time.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 19, 2021

by s/Daniel M. Manning

Daniel M. Manning
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

November 19, 2021
Date