# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 06, 2021**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Mata, Danielle Corine | Docket No. | 0980 4:18CR06044-EFS-2 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Danielle Corine Mata, who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Edward F. Shea sitting in the court at Richland, Washington, on the 28th day of March 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #8:** The defendant is alleged to have violated her conditions of pretrial release by using methamphetamine on or about November 22, 2021.

On October 28, 2019, pretrial release conditions were reviewed and signed by Ms. Mata acknowledging her understanding of standard condition number 9, as noted above. A copy of the signed conditions was provided to her.

On November 22, 2021, Ms. Mata reported to Merit Resource Services (Merit) for a random drug test. The sample tested presumptively positive for methamphetamine and was sent to Abbott Laboratories for confirmation. Results were received from Abbott Laboratories on December 3, 2021, indicating the sample was positive for methamphetamine.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   December 6, 2021

by   s/Daniel Manning

Daniel M. Manning
U.S. Pretrial Services Officer

**Re: Mata,, Danielle Corine**
**December 6, 2021**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

December 6, 2021

Date